**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 15-1323

REGINA M. GEORGE,

Plaintiff – Appellant,

v.

THE MARYLAND DEPARTMENT OF CORRECTIONAL SERVICE DIVISION OF
PRETRIAL DETENTION SERVICE,

Defendant - Appellee.

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  William M. Nickerson, Senior District
Judge.  (1:14-cv-02808-WMN)

Submitted:  July 30, 2015              Decided:  September 9, 2015

Before NIEMEYER, AGEE, and HARRIS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Regina M. George, Appellant Pro Se.  Lisa O'Mara Arnquist,
OFFICE OF THE ATTORNEY GENERAL OF MARYLAND, Pikesville,
Maryland, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Regina M. George appeals the district court's order granting defendant's motion to dismiss or for summary judgment in this employment discrimination action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. George v. Maryland Dep't of Corr. Ser., No. 1:14-cv-02808-WMN (D. Md. Feb. 25, 2015). We grant leave to proceed in forma pauperis and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED